11650238

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
Robert Elmore

2024 MAR 22 15:57
UNITED STATES MARSHAL

*Defendant*

)
)
)
)
)
)
)

Case No. 1:24CR00047

Case: 1:24-mj-00186
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/28/2024
Description: ARREST RULE(5)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Robert Elmore ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED


Date:    03/22/2024

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Y. Guyton, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/2024, and the person was arrested on *(date)* 5/28/2024
at *(city and state)* Washington, DC

Date: 5/28/2024

*Arresting officer's signature*

CEstrada, DUSM
*Printed name and title*