IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:24-cr-47 |
| v. | ) | |
| | ) | COUNTS 1 - 2: 18 U.S.C. §875(c) |
| ROBERT ELMORE | ) | (Threatening Interstate |
| | ) | Communications) |
| Defendant | ) | |

MARCH 2024 TERM - AT ALEXANDRIA

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 15, 2023, in Falls Church, Virginia, within the Eastern District of Virginia, the defendant, ROBERT ELMORE, did knowingly and willfully transmit in interstate commerce from the Commonwealth of Virginia to the State of Nebraska a telephone communication containing a threat to injure P.R., specifically, a threat to kill P.R.

(In violation of Title 18, United States Code, Section 875(c).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 15, 2023, in Falls Church, Virginia, within the Eastern District of Virginia, the defendant, ROBERT ELMORE, did knowingly and willfully transmit in interstate commerce from the Commonwealth of Virginia to the State of Nebraska, a telephone communication containing threats to injure D.F., specifically, a threat to kill D.F.

(In violation of Title 18, United States Code, Section 875(c).)

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Patricia Haynes
Assistant United States Attorney

2