IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 24-mj-186** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT ELMORE,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On May 28, 2024, the defendant appeared before Magistrate Judge Harvey in a Rule 5 removal proceeding. The Court ordered the defendant to report to the U.S. Marshals Service in the Eastern District of Virginia on May 29th. The U.S. Attorney's Office for the Eastern District of Virginia has notified this office that the defendant complied with the Court's order.

2. Accordingly, the government moves the Court to dismiss this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov